## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| RONEN YECHIEL YELINEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, DAVID NAHMIAS, in his official capacity, STEPHANIE GABAY-SMITH, in her official capacity, JENNY R. TURNER, in her official capacity, and OTHER UNKNOWN OFFICIALS OF THE UNITED STATES DEPARTMENT OF JUSTICE, in their official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIAL ACTION NO. 1:09-CV-0542 |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO ALL PARTIES

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Ronen Yechiel Yelinek hereby files this Notice of Voluntary Dismissal of this action as to all parties. This dismissal is without prejudice.

Respectfully submitted,

 s/*Marc N. Garber*
MARC N. GARBER
Georgia Bar No. 283847
ALAN H. GARBER
Georgia Bar No. 283840
THE GARBER LAW FIRM, P.C.

                                        4994 Lower Roswell Rd., Ste. 14
                                      Marietta, GA 30068-5648
                                      (678) 560-5066 (telephone)
                                      (678) 560-5067 (facsimile)
mngarber@garberlaw.net
ahgarber@garberlaw.net

**COUNSEL FOR PLAINTIFF
RONEN YECHIEL YELINEK**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2009, I electronically filed this Notice of Dismissal with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case, and a copy of this Notice of Dismissal was sent to all parties by First-Class Mail, addressed to:

                                         s/*Marc N. Garber*
                                         MARC N. GARBER
                                         Georgia Bar No. 283847